```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 33648
    ODALINDA AVILA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-7810

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/10/2004 and was confirmed 11/04/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.05%.

      The case was paid in full 02/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI   CURRENT MORTG     51617.74            .00       51617.74
GREENPOINT MORTGAGE CORP   NOTICE ONLY     NOT FILED             .00             .00
MORTGAGE ELECTRONIC REGI   MORTGAGE ARRE      7105.34            .00        7105.34
GREENPOINT MORTGAGE CORP   NOTICE ONLY     NOT FILED             .00             .00
CARSON PIRIE SCOTT         UNSECURED           822.69            .00         107.33
ECAST SETTLEMENT CORP      UNSECURED          2690.42            .00         350.99
JEFFERSON CAPITAL SYSTEM   UNSECURED           984.61            .00         128.45
CIRCUIT CITY               NOTICE ONLY     NOT FILED             .00             .00
CITIBANK STUDENT LOAN CO   UNSECURED      NOT FILED              .00             .00
CITIBANK STUDENT LOAN CO   UNSECURED      NOT FILED              .00             .00
CITIBANK STUDENT LOAN CO   UNSECURED      NOT FILED              .00             .00
CITIBANK                   UNSECURED      NOT FILED              .00             .00
CITIBANK                   UNSECURED         20021.48            .00        2612.00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED             .00             .00
DAYTON HUDSON              UNSECURED      NOT FILED              .00             .00
DISCOVER CARD              UNSECURED      NOT FILED              .00             .00
ROUNDUP FUNDING LLC        UNSECURED           164.19            .00          21.42
FIRST NORTH AMERICAN NAT   UNSECURED      NOT FILED              .00             .00
FIRST USA BANK             UNSECURED      NOT FILED              .00             .00
NCM TRUST                  UNSECURED          3304.08            .00         431.05
MIDWEST WAUKEGAN           UNSECURED          1648.75            .00         215.10
NCO                        UNSECURED      NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED              .00             .00
ISAC                       UNSECURED         56543.47            .00        7376.66
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                          4,658.33
DEBTOR REFUND              REFUND                                           1,074.29

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33648 ODALINDA AVILA
```

```
TRUSTEE                                      78,398.70

PRIORITY                                                              .00
SECURED                                                         58,723.08
UNSECURED                                                       11,243.00
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             4,658.33
DEBTOR REFUND                                                    1,074.29
                                        ----------------   ----------------
TOTALS                                       78,398.70          78,398.70
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 03/09/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE